# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>             Plaintiff,<br><br>        v.<br><br>CRAZY BERNIE, et al.,<br><br>             Defendants. | Case No. 1:15-cv-0947-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>OCTOBER 12, 2015 DEADLINE<br><br>(ECF No. 8) |

On June 24, 2015, Plaintiff Rachel Lobato ("Plaintiff") filed the complaint in this action. (ECF No. 1.)  On September 11, 2015, Plaintiff filed a notice that the parties have reached settlement in this action.  (ECF No. 8.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 14, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1