1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Rachel Lobato
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RACHEL LOBATO,                          )   No. 1:15-cv-00947-SAB
                                            )
12              Plaintiff,                  )   **NOTICE OF VOLUNTARY DISMISSAL**
                                            )   **OF ACTION; ORDER**
13        vs.                               )
                                            )
14  CRAZY BERNIE, a California corporation, et )
    al.,                                    )
15                                          )
                                            )
16              Defendants.                 )
                                            )
17  _____    )

18        WHEREAS, no Defendant has filed an answer or motion for summary judgment;

19        WHEREAS, Plaintiff and Defendants have settled the matter;

20        WHEREAS, no counterclaim has been filed;

21        Plaintiff hereby respectfully requests that this action be dismissed with prejudice

22  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23

24  Date: September 30, 2015              MOORE LAW FIRM, P.C.

25

26
                                          _/s/ Tanya E. Moore_
27                                        Tanya E. Moore
                                          Attorney for Plaintiff
28                                        Rachel Lobato

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **October 13, 2015**

UNITED STATES MAGISTRATE JUDGE